908

No. 859. HISTORIC SMITHVILLE INN ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *Godfrey P. Schmidt* for petitioners. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 862. COX, PENITENTIARY SUPERINTENDENT *v.* WOOD. C. A. 4th Cir. Certiorari denied. *Robert Y. Button,* Attorney General of Virginia, and *Reno S. Harp III* and *W. Luke Witt,* Assistant Attorneys General, for petitioner.

No. 865. HUN CHAK SUN *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Joseph S. Hertogs* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for respondent.

No. 867. MOWEN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *David P. Schippers* and *Samuel J. Betar* for petitioner.

No. 868. CONNELL RICE & SUGAR CO., INC. *v.* HOUSTON BELT & TERMINAL RAILWAY CO. C. A. 5th Cir. Certiorari denied. *Cornelius O. Ryan* for petitioner. *Alton F. Curry* for respondent.

No. 872. QUALITY CHEVROLET CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Jack Banner* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Meyer Rothwacks* for respondent.